IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH JUDD, | ) | No. C 13-0202 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 3/6/13

    LUCY H. KOH
    United States District Judge

G:\PRO-SE\SJ.LHK\CR.13\Judd202jud.wpd